THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WESTBORO CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-00685-BJR<br><br>ORDER |

**ORDER OF DISMISSAL**

ADJUDGED, ORDERED AND DECREED, that Plaintiff Westboro Condominium Association's claims and causes of action against Eagle West Insurance Company is DISMISSED with prejudice and without costs to any party.

STIPULATED MOTION TO DISMISS AND ORDER
2:21-CV-00685-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Submitted by:

| STEIN SUDWEEKS & STEIN PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| /s / Jerry H. Stein<br>Jerry H. Stein, WSBA #27721<br>E-mail: jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>E-mail: justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>E-mail: dstein@condodefects.com<br>Jessica R. Burns, WSBA #49852<br>E-mail: jessica@condodefects.com<br><br>*Attorneys for Plaintiff Westboro Condominium Association* | /s/ Alexander Jurisch<br>Daniel R. Bentson, WSBA #36825<br>Email: dan.bentson@bullivant.com<br>Alexander Jurisch, WSBA #53552<br>Email: alexander.jurisch@bullivant.com<br><br><br><br><br><br>*Attorneys for Defendant Eagle West Insurance Company* |

IT IS SO ORDERED this 29th day of December 2021.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

4854-2444-0328.1

---

STIPULATED MOTION TO DISMISS AND ORDER
2:21-CV-00685-BJR

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930