HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTBORO CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1–10,<br>Defendants,<br><br>Defendants. | NO. 2:21-cv-00685-BJR<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES FOR THE DISCLOSURE OF EXPERT WITNESSES, DISCOVERY TO BE COMPLETED, AND FOR DISPOSITIVE MOTIONS TO BE FILED |

## I.   STIPULATED MOTION

Come now, Plaintiff Westboro Condominium Association ("Association") and Defendants Country Casualty Insurance Company and Country Mutual Insurance Company (hereby collectively referred to as "Country Mutual"), by and through their respective counsel, and stipulate to this motion for a continuance of the deadlines for the disclosure of expert witnesses, completion of discovery, and for dispositive motions to be filed.[1] Counsel for the Association and Country Mutual have met and conferred and propose an extension of the following deadlines:

---

[1]   The Association previously resolved its claims against Defendant Eagle West Insurance Company ("EWIC"). EWIC was terminated from the lawsuit effective December 29, 2021 (see Dkt. #20).

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES FOR THE DISCLOSURE OF EXPERT WITNESSES, DISCOVERY TO BE COMPLETED, AND FOR DISPOSITIVE MOTIONS TO BE FILED - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Witness Disclosure under Fed. R. Civ. P. 26(a)(2) | 05/23/2022 | 06/22/2022 |
| Discovery Completed | 06/22/2022 | 07/22/2022 |
| Dispositive Motions Due | 07/22/2022 | 08/22/2022 |

## II.   GOOD CAUSE SHOWN

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties are currently engaged in discussion regarding settlement of this matter. For purposes of judicial economy, the parties propose that the deadlines set forth above be extended approximately thirty (30) days to allow the parties time to exchange expert disclosures, take depositions, and draft and file dispositive motions after the parties have fully explored whether amicable resolution in this matter is possible and before significant costs are incurred on behalf of both parties. No previous extensions of time have been requested or granted by the Court in this matter, and this extension is not made for purposes of delay, but rather to permit the parties additional time to attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court if possible.

The parties respectfully request that the Court extend the currently scheduled deadlines as set forth above. Trial in this matter is currently scheduled for December 19, 2022. The parties are not requesting an extension of any additional deadlines. A proposed order is included herewith.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES FOR THE DISCLOSURE OF EXPERT WITNESSES, DISCOVERY TO BE COMPLETED, AND FOR DISPOSITIVE MOTIONS TO BE FILED - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

1  Email: jstein@condodefects.com
   Email: justin@condodefects.com
2  Email: dstein@condodefects.com
   Email: jessica@condodefects.com
3  Telephone: (206) 388-0660
   Facsimile: (206) 286-2660
4  *Attorneys for Plaintiff Westboro Condominium Association*

5

6  **BETTS, PATTERSON & MINES, P.S.**

7  */s/ Daniel L. Syhre*
   Daniel L. Syhre, WSBA #34158
8  One Convention Place
   701 Pike Street, Suite 1400
9  Seattle, Washington 98101
10 Phone: (206) 292-9988
   Email: dsyhre@bpmlaw.com
11 *Attorneys for Defendants Country Casualty Insurance Company and Country Mutual Insurance Company*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES FOR THE DISCLOSURE OF EXPERT WITNESSES, DISCOVERY TO BE COMPLETED, AND FOR DISPOSITIVE MOTIONS TO BE FILED - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, and finding good cause, the Court hereby orders that the following deadlines are extended as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Witness Disclosure under Fed. R. Civ. P. 26(a)(2) | 05/23/2022 | 06/22/2022 |
| Discovery Completed | 06/22/2022 | 07/22/2022 |
| Dispositive Motions Due | 07/22/2022 | 08/08/2022 |

Note that the Court has set a Dispositive Motions Deadline of August 8, 2022, not August 22, 2022 as the parties requested. No other deadlines or events are altered.

DATED this 19th day of May, 2022.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES FOR THE DISCLOSURE OF EXPERT WITNESSES, DISCOVERY TO BE COMPLETED, AND FOR DISPOSITIVE MOTIONS TO BE FILED - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff Westboro Condominium Association***

**BETTS, PATTERSON & MINES, P.S.**

*/s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
One Convention Place
701 Pike Street, Suite 1400
Seattle, Washington 98101
Phone: (206) 292-9988
Email: dsyhre@bpmlaw.com
***Attorneys for Defendants Country Casualty Insurance Company and Country Mutual Insurance Company***

---

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES FOR THE DISCLOSURE OF EXPERT WITNESSES, DISCOVERY TO BE COMPLETED, AND FOR DISPOSITIVE MOTIONS TO BE FILED - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660