HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTBORO CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00685-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case shall be dismissed with prejudice and without an award of costs or fees to either party.

///

///

///

///

///

///

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

     DATED this 11th day of May, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

<u>/s/ *Jerry H. Stein*</u>
<u>/s/ *Justin D. Sudweeks*</u>
<u>/s/ *Daniel J. Stein*</u>
<u>/s/ *Jessica R. Burns*</u>
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff Westboro Condominium Association*

**FORSBERG & UMLAUF, P.S.**

<u>/s/ *Daniel L. Syhre*</u>
Daniel L. Syhre, WSBA #34158
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Email: dyshre@foumlaw.com
Telephone: (206) 689-8500
*Attorneys for Defendants Country Casualty Insurance Company and Country Mutual Insurance Company*

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is dismissed with prejudice and without an award of attorney fees or costs to either party.

IT IS SO ORDERED.

DATED this 15th day of May, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff Westboro Condominium Association*

**FORSBERG & UMLAUF, P.S.**

/s/ *Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
901 Fifth Avenue, Suite 1400
Seattle, WA 98164

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660

Email: dyshre@foumlaw.com
Telephone: (206) 689-8500
*Attorneys for Defendants Country Casualty Insurance Company and Country Mutual Insurance Company*

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660   FAX 206.286.2660